■ In the Matter of ELIZABETH GUZMAN, Petitioner, v NEW YORK CITY HOUSING AUTHORITY, Respondent. [925 NYS2d 59]— Determination of respondent, dated March 25, 2009, approving the decision of the hearing officer, which denied petitioner's remaining family member grievance, unanimously confirmed, the petition denied, and the proceeding brought pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, New York County [Marcy S. Friedman, J.], entered February 24, 2010), dismissed, without costs.

The determination has a rational basis and is supported by substantial evidence (*see 300 Gramatan Ave. Assoc. v State Div. of Human Rights*, 45 NY2d 176, 180-181 [1978]). Petitioner admits that she never received written consent to reside in her father's apartment and did not live there for more than one year prior to his death. Petitioner's admissions were corroborated by her father's most recent annual income affidavit and his data summary sheet, each of which list the father as the sole occupant of the apartment (*see Matter of Abreu v New York City Hous. Auth. E. Riv. Houses*, 52 AD3d 432 [2008]). Any mitigating factors and hardship to petitioner do not provide a basis for annulling respondent's determination (*Matter of Fermin v New York City Hous. Auth.*, 67 AD3d 433, 433 [2009]). Concur—Saxe, J.P., Acosta, DeGrasse, Abdus-Salaam and Manzanet-Daniels, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JISUN ALLAH, Appellant. [924 NYS2d 785]—

Judgment of resentence, Supreme Court, Bronx County (John P. Collins, J.), rendered January 22, 2009, resentencing defendant to a term of five years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was not barred by double jeopardy, since defendant was still serving the conditional release portion of his original sentence, and therefore had no reasonable expectation of finality in his illegal sentence (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Saxe, J.P., Acosta, DeGrasse, Abdus-Salaam and Manzanet-Daniels, JJ.